## Commonwealth *v.* Toledo, Appellant.

Submitted September 9, 1974. *Charles F. G. Smith,* for appellant; *William C. Turnoff, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Van Hillsman, Appellant.

Submitted March 18, 1974. *Thomas G. Peoples, Jr.,* for appellant; *Amos C. Davis,* District Attorney, for Commonwealth, appellee.

Order affirmed.